```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BABLU SHAHABUDDIN,                                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :         19-cv-10716 (LJL)
        -v-                                                      :
                                                                 :         ORDER
UNITED STATES OF AMERICA,                                        :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020

LEWIS J. LIMAN, United States District Judge:

On October 5, 2020, the parties filed a letter with the Court indicating that they had reached a proposed settlement and were in the process of preparing the stipulation of settlement that would be submitted in "the next couple of weeks."  Dkt. No. 27.

It is hereby ORDERED that the parties shall submit a letter to the Court by November 13, 2020 on the status of the settlement and provide an estimate by which they intend to file the stipulation of settlement.

SO ORDERED.

Dated: November 6, 2020
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                         United States District Judge